# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH, | : | No. 139 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID CABELLO, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Motion to Compel the Lower Court for Credit for Time Served and/or Petition for Writ of Mandamus is DENIED.